S. B. Gailey et al., Plaintiffs in Error, v. Lucy M. Culler, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Brevard.

Writ of error dismissed by order of the court.

*James L. Mitchell,* for Plaintiffs in Error;

*H. R. Morse,* for Defendant in Error.

---

Jewell P. Wells et al., Appellants, v. Charles B. Williams et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Polk.

Appeal dismissed on motion of counsel for Appellants;

*Hilton S. Hampton* and *Herbert S. Phillips,* for Appellants;

*McKay* & *Withers,* for Appellees.

---

Willie Ann Rodly, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.

*Van C. Swearingen,* Attorney General, for the motion.

---

Live Oak Products Company et al., Plaintiffs in Error, v. T. J. Cone, Defendant in Error.

A Writ of Error to the Circuit Court within and for the County of Hernando.

Writ of Error dismissed on motion of counsel for defendant in error.

*F. B. Coogler,* for the motion.

---

W. H. Bethea, as Tax Assessor for Taylor County, Plaintiff in Error, v. State ex rel. Park Lumber Company, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Taylor.

Writ of Error dismissed on motion of the Attorney General.

*Van C. Swearingen,* Attorney General, for Plaintiff in Error;

*W. B. Davis,* for Defendant in Error.